R. M. MYERS & COMPANY, INCORPORATED, Respondent, v. DELTA ASBESTOS COMPANY, INCORPORATED, and Others, Appellants.— Order modified by striking out certain allegations of the complaint and as so modified affirmed, without

*Affd., 259 N. Y. 661.

costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.